UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,
d/b/a ZEEKREWARDS.COM,

      Plaintiff,

v.                                                              Case No. 8:21-mc-15-JSM-AEP

JESUS RODRIGUEZ,

      Defendant.

                                 /

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 4.1, Plaintiff Nationwide Judgment Recovery, LLC, as Assignee of Matthew Orso as Successor Trustee to Kenneth D. Bell in His Capacity as Court-Appointed Receiver For Rex Venture Group, LLC, D/B/A ZEEKREWARDS.COM ("Plaintiff"), requests that the Court specially appoint any employee or agent of ABC Legal, who is otherwise legally permitted to effectuate service of process under applicable law, to serve the court-ordered writs in this matter upon the garnishees (Doc. 8). Federal law governs who may serve a writ of garnishment. *See* Fed. R. Civ. P. 69(a)(1) ("The procedure ... in proceedings supplementary to and in aid of judgment or execution–must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies."). The Federal Rules have the force and effect of a

federal statute. *See Sibbach v. Wilson & Co.,* 312 U.S. 1, 13 (1941) (stating a federal rule established within the power delegated to the Supreme Court "has the force of a federal statute"). Under the Federal Rules, a court may appoint a special process server to deliver a writ of garnishment like the one at issue here. *See* Fed. R. Civ. P. 4.1(a) ("Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose."); *see also Sumner v. Garner*, No. 6:18-cv-40-ORL-28GJK, 2019 WL 6716193, at *1 (M.D. Fla. Dec. 9, 2019); *Francois v. Washmonbo, Inc.,* No. 05-23368-CIV, 2008 WL 2694752, at *2 (S.D. Fla. July 8, 2008). Accordingly, this Court grants the motion (Doc. 8) and authorizes any employee or agent of ABC Legal, who is otherwise legally permitted to effectuate service of process under applicable law, to serve the writs of garnishment on the garnishees in this matter.

DONE AND ORDERED in Tampa, Florida, on this 31st day of August 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record